# JEKIELEK & JANIS
ATTORNEYS & COUNSELORS AT LAW

November 12, 2024

**VIA ECF**

Honorable Magistrate Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:  Joe Hand Promotions, Inc. v. Don Kew Inc., et al.**
       **Civil Action No.: 1:24-cv-06046-LDH-JAM**

Your Honor:

I write on behalf of Plaintiff Joe Hand Promotions, Inc., to provide this status report. Process service is in progress with Plaintiff's process server and 14 of the 90 days remain for Plaintiff to serve the Defendants in this matter. Should it become apparent Plaintiff needs additional time to serve the Defendants, Plaintiff will move for an extension in accordance with Local Civil Rule 7.1(d) and Your Honor's Individual Practices and Rules Section IV.

Plaintiff is available to conference with the Court if any additional information is required.

Respectfully submitted,

/s/ Jon D. Jekielek
Jon D. Jekielek, Esq.